IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYDE HOLLIS HARRIS,

      Plaintiff,                    No. CIV S-09-1557 FCD KJM P

  vs.

STATE OF CALIFORNIA, et al.,

      Defendants.           <u>ORDER</u>

                              /

        Pursuant to the declaration filed by plaintiff on October 7, 2010 and this court's June 4, 2010 order, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court shall send plaintiff one USM-285 form, an instruction sheet and a copy of the amended complaint filed December 28, 2009.

        2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

            a. The completed Notice of Submission of Documents;

            b. A completed USM-285 form for the County of San Joaquin; and

            d. Two copies of the endorsed amended complaint filed December 28, 2009.

/////

1

1     3. Plaintiff's failure to comply with this order will result in a recommendation
2 that this action be dismissed without prejudice.
3 DATED: October 12, 2010.

_____
U.S. MAGISTRATE JUDGE

1
harr1557.1(b)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYDE HOLLIS HARRIS, | |
| Plaintiff, | No. CIV-09-1557 FCD KJM P |
| vs. | |
| STATE OF CALIFORNIA, et al., | <u>NOTICE OF SUBMISSION</u> |
| Defendants. | <u>OF DOCUMENTS</u> |
| _____ / | |

  Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

   _____ completed USM-285 form

   _____ copies of the _____
            Amended Complaint

DATED:

              _____
              Plaintiff