IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYDE HOLLIS HARRIS,

     Plaintiff,                   No. 2:09-cv-1557 FCD KJN (TEMP) P

    vs.

STATE OF CALIFORNIA, et al.,

     Defendants.          ORDER

_____/

        Plaintiff has filed a request to file an opposition to defendants' pending motion to dismiss which exceeds 25 pages. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request to file an opposition in excess of 25 pages (#32) is granted;

        2. Plaintiff's opposition to defendants' pending motion to dismiss shall not exceed 35 pages;

        3. Plaintiff's opposition must be limited to the matters raised in defendants' motion to dismiss; and

/////

/////

/////

/////

4. Plaintiff's failure to comply with this order may result in sanctions, including dismissal of this action.

DATED: April 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

harr1557.35