IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYDE HOLLIS HARRIS,

    Plaintiff,                       No. CIV S-09-1557 FCD KJN (TEMP) P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        The opposition to defendants' pending motion to dismiss filed by plaintiff on April 6, 2011, does not comply with the order issued by the court on April 7, 2011. The April 6, 2011 opposition is hereby stricken. Plaintiff is granted thirty days within which to file an opposition which complies with the April 6, 2011 order. Failure to file an opposition that complies with the April 6, 2011 order within thirty days will result in dismissal.

DATED: April 8, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

harr1557.sop