IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYDE HOLLIS HARRIS,

    Plaintiff,                       No. CIV S-09-1557 GEB CKD P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.                ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 27, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations.[1]

---

[1] In his objections, plaintiff suggests that he be allowed to amend his operative complaint to cure deficiencies identified in the magistrate judge's findings and recommendations. However, plaintiff fails to point to any new allegations of fact which would save any of the claims recommended for dismissal. Also, the court notes that plaintiff filed "supplemental objections" on September 12, 2011 without seeking leave to do so. Those objections are not considered.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 27, 2011, are adopted in full;

2. Defendants' motion to dismiss (Docket No. 27) is granted in part and denied in part as follows:

   A. Granted as to plaintiff's claims against defendants Ordez, Gudino, Noack, Elsey, Savage and San Joaquin County thereby resulting in their being dismissed from this action; and

   B. Denied as to plaintiff's Fourteenth Amendment claim against defendant Thomas.

3. Defendant Thomas is ordered to file her answer within twenty-one days.

Dated: September 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge