IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYDE HOLLIS HARRIS,

    Plaintiff,                    No. 2:09-cv-1557 GEB CKD P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.                <u>ORDER</u>

        On April 30, 2012, defendant Thomas filed a motion for summary judgement. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: June 4, 2012

                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

1
holl1557.46