1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WAYDE HOLLIS HARRIS,

11              Plaintiff,                    No.  2:09-cv-1557 GEB CKD P

12        vs.

13   STATE OF CALIFORNIA, et al.,

14              Defendants.                   ORDER

15   _____/

16              On September 21, 2012, judgment was entered in this 42 U.S.C. § 1983 action.

17   On November 13, 2012, plaintiff filed a motion asking that all of his medical records on file in

18   this action be sealed.  Plaintiff fails to identify specific documents which should be sealed or

19   where they might be in the record.  In any respect, all documents filed with the court are

20   presumptively public, see San Jose Mercury News, Inc. v. U.S. Dist. Court, 187 F.3d 1096, 1103

21   (9th Cir. 1999), and plaintiff fails to present any argument or point to any facts indicating how

22   that presumption has been overcome here.  Furthermore, the court notes that plaintiff never

23   sought to have anything sealed in this action while the action was proceeding.  Therefore, all of

24   the documents filed in this action have been public for some time.

25   /////

26   /////

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's "motion to seal medical

2 records" (Dkt. No. 68) is denied.

3  Dated: November 19, 2012

4                                                   _____

5                                                   CAROLYN K. DELANEY
                                                    UNITED STATES MAGISTRATE JUDGE
6

7

8 1
  harr1557.mts
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26